# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01771-CMA-KLM

ALEXANDER KACHMAR, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FARMLAND PARTNERS INC.,
PAUl A. PITTMAN, and
LUCA FABBRI,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

WHEREAS, no defendant in the above-captioned action, *Kachmar v. Farmland Partners Inc. et al.*, 1:18-cv-01771, brought before the United States District Court for the District of Colorado, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Alexander Kachmar hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:  November 13, 2018        Respectfully submitted,

                                                **POMERANTZ LLP**

                                                */s/ Jeremy A. Lieberman*
                                                Jeremy A. Lieberman
                                                600 Third Avenue, 20th Floor
                                                New York, NY 10016
                                                Telephone: (212) 661-1100
                                                Facsimile: (212) 661-8665
                                                Email:  jalieberman@pomlaw.com

                                                *Counsel for Alexander Kachman*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
